```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    16cr838-1 (DLC)
                                         :
            -v-                          :          ORDER
                                         :
CLAY MAITRE,                             :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the November 17, 2022 sentencing, it is herby

ORDERED that the defendant Clay Maitre (D.O.B. 5/24/1979) is released from the custody of the United States Marshal's Service.

SO ORDERED:

Dated:   New York, New York
         November 17, 2022

                                    _____
                                             DENISE COTE
                                    United States District Judge