```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    16cr838-1 (DLC)
                                         :
            -v-                          :    AMENDED ORDER
                                         :
CLAY MAITRE,                             :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 17, 2022, defendant was sentenced to time served. It is hereby

ORDERED that the defendant Clay Maitre (D.O.B. 5/24/1979) is released from custody.

SO ORDERED:

Dated:   New York, New York
         November 17, 2022

_____
DENISE COTE
United States District Judge